# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**STEVEN BUCKLEY and YOLANDA ALMONS,**  **PLAINTIFFS**
**Individually and as Personal Representative on**
**Behalf of the Wrongful Death Beneficiaries of**
**Bobbie Jenkins, Deceased**

**v.**                                                                 **CIVIL ACTION NO. 3:22-CV-379-KHJ-MTP**

**MANAGEMENT & TRAINING CORPORATION and**
**JOHN AND JANE DOES 1-100**                                           **DEFENDANTS**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

As evidenced by the electronic signatures below, Plaintiffs Steven Buckley and Yolanda Almons, Individually and as Personal Representative on Behalf of the Wrongful Death Beneficiaries of Bobbie Jenkins, Deceased ("Plaintiffs") and Defendant Management & Training Corporation ("Defendant") have resolved their disputes forming the basis of this litigation. As a result, Plaintiffs' claims and Complaint against Defendant are hereby dismissed with prejudice with each party to bear their own fees, costs, and expenses.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Plaintiffs' claims and Complaint against Defendant are hereby dismissed with prejudice with each party to bear their own fees, costs, and expenses.

SO ORDERED, this the 13th day of September, 2022.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE

1

AGREED AND APPROVED:


*/s/ R. Jarrad Garner*
R. Jarrad Garner (MSB #99584)
Adams and Reese LLP
1018 Highland Colony Parkway, Suite 800
Ridgeland, Mississippi 39157
(p) 601-353-3234
(f) 601-355-9708
jarrad.garner@arlaw.com
*Attorneys for Defendant*


/s/ *LaToya Jeter*
LaToya Jeter (MSB #102213)
BROWN BASS & JETER, PLLC
Post Office Box 22969
Jackson, Mississippi 39225
Telephone: (601) 487-8448
Facsimile: (601) 510-9934
jeter@bbjlawyers.com
*Attorneys for Plaintiffs*